Jennifer A. McTigue
820 W. Hind Drive, Ste. 128, #240639
Honolulu, Hawaii {96821}
Telephone: (808) 636-4199

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 20 2012

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHAMS 2005-FA11, BY FIRST HORIZON TENNESSEE BANK NATIONAL ASSOCIATION, MASTER SERVICER, IN ITS CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT,<br>        Plaintiff<br><br>Vs<br><br>JAMES QUEE SUK CHONG; MARIA MAGDALINA AGOSTO; FIRST HORIZON HOME LOAN CORPORATION, a Kansas Corporation; JENNIFER MCTIGUE; GENTRY-WAIPIO COMMUNITY AREA ASSOCIATION; ASSOCIATION OF APARTMENT OWNERS OF RAINBOW SERIES-KUOLA PHASE III; JOHN and MARY DOES 1-20; DOE PARTNERSHIPS; DOE CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>        Defendants<br>Jennifer McTigue, third party interest Intervenor, a real party in interest | Civil No: USDC 1200180-JMS-KSC<br><br>EX PARTE MOTION TO EFFECT THE IMMEDIATE WITHDRAWAL OF DAMON M. SENAHA AS MY ATTORNEY AND TO POSTPONE THE DECEMBER 5TH DUE DATE OF DISPOSITIVE MOTIONS |

I, Jennifer McTigue, a real party in interest, in Civil Case No. 12-1-0488-02 and USDC CV 1200180-JMS-KSC request that the magistrate update the record to reflect that Damon M. Senaha is no longer my attorney and has been terminated as council in this matter.

I, Jennifer McTigue, a real party in interest with regard to this case has diligently attempted to settle this account with the plaintiff's attorney known as Leu Okuda

located at 222 Merchant Street, Main Floor, in Honolulu, Hawaii. I have and wish to continue to exhaust all administrative remedies before further adjudication.

The Bank attorneys at Leu Okuda refuse to discuss this matter with me, as Damon M. Senaha is still on the record as being council in this matter. Damon M. Senaha was terminated effective October 26, 2012.

Motion of Damon M. Senaha to Withdraw as my attorney has been continued to 12-27-2012 09:30AM before JUDGE KEVIN S.C. CHANG and Dispositive Motions are due December 5, 2012, which makes exhausting administrative remedy impossible.

Therefore, please update the record, granting Damon M. Senaha leave to be removed from the record, and adjourn this matter another 30 days so that I may exhaust all administrative remedy with Leu Okuda.

By _____
Jennifer McTigue, settlor of the trust JENNIFER A. MCTIGUE