# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 12-00180JMS-KSC |
| CASE NAME: | The Bank Of New York Mellon, fka The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2005-FA11, by First Horizon Home Loans, a Division of First Tennessee vs. James Quee Suk Chung, et al. |
| ATTYS FOR PLA: | Gary Okuda<br>Anya Perez |
| ATTYS FOR DEFT: | Jennifer McTigue, Pro Se |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 1/28/2013 | TIME: | 11:00-11:15am |

COURT ACTION:  EP: Settlement Conference.  Pro Se Defendant Jennifer McTigue present.  Settlement Conference held.  Mr. Okuda to prepare a Stipulation remanding this case back to State Court.

Submitted by: Shari Afuso, Courtroom Manager