LAW OFFICE OF DAMON M. SENAHA   LLLC
DAMON M. SENAHA #7924-0
1188 Bishop Street Suite 2002
Honolulu, Hawaii  96813
Telephone:  (808) 218-1974


Attorney for Defendant
    JENNIFER McTIGUE


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHAMS 2005-FA11, BY FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESEE BANK NATIONAL ASSOCIATON, MASTER SERVICER, IN ITS CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT,<br><br>           Plaintiff<br><br>     vs<br><br>JAMES QUEE SUK CHONG; MARIA MAGDALINA AGOSTO; FIRST HORIZON HOME LOAN CORPORATION, a Kansas corporation; JENNIFER McTIGUE; GENTRY-WAIPIO COMMUNITY AREA ASSOCIATION; ASSOCIATION OF APARTMENT OWNERS OF RAINBOW SERIES-KUOLA PHASE III; JOHN and MARY DOES 1-20; DOE PARTNERSHIPS; DOE CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>           Defendants | Civil No. 12 00180 JMS-KSC<br>(Foreclosure)<br><br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CASE came before the Court for hearing on December 27, 2012 at 9:30 a.m. on the motion to withdraw as Counsel of record filed by Damon M. Senaha, of the Law Office of Damon M. Senaha LLLC, Counsel for Defendant JENNIFER MCTIGUE.  Appearances were made by Damon M. Senaha and Jennifer McTigue.  The Court, having reviewed the Motion, together with the Court file, and with no opposition, ORDERS as follows:

1. Damon M. Senaha's Motion is GRANTED.

2. Damon M. Senaha and the Law Office of Damon M. Senaha LLLC are permitted to withdrawal as counsel of record for the Defendant MCTIGUE, and are relieved of any and all further duties and responsibilities for Defendant in this case.

3. All further pleadings, motions, notices, correspondence, and other documents shall be served directly on Defendant JENNIFER MCTIGUE, whose contact information is 820 W. Hind Drive, Suite 128 #240639, Honolulu, Hawaii  96821 (808) 636-4199.

IT IS SO ORDERED .

DATED:  Honolulu, Hawaii,  March 11, 2013.



_____
Kevin S.C. Chang
United States Magistrate Judge

Approved as to Form

_____

_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHAMS 2005-FA11, BY FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESEE BANK NATIONAL ASSOCIATON, MASTER SERVICER, IN ITS CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT,<br><br>      Plaintiff<br><br>  vs<br><br>JAMES QUEE SUK CHONG; MARIA MAGDALINA AGOSTO; FIRST HORIZON HOME LOAN CORPORATION, a Kansas corporation; JENNIFER McTIGUE; GENTRY-WAIPIO COMMUNITY AREA ASSOCIATION; ASSOCIATION OF APARTMENT OWNERS OF RAINBOW SERIES-KUOLA PHASE III; JOHN and MARY DOES 1-20; DOE PARTNERSHIPS; DOE CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>      Defendants | Civil No. 12-1-0488-02<br>(Foreclosure)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

4

The undersigned hereby certified that on _____, a copy of the foregoing document was duly served electronically upon the following, via CM/ECF, as follows:

LEU OKUDA & DOI
The Merchant House
222 Merchant Street, Main Floor
Honolulu, HI  96813

And via U.S. Mail, postage prepaid, as follows:

JENNIFER MCTIGUE
820 W. Hind Drive Suite 128 #240639
Honolulu, HI  96821

_____
DAMON M. SENAHA
Attorney for
JENNIFER McTIGUE