# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 12-00180JMS-KSC |
| CASE NAME: | The Bank Of New York Mellon, fka The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2005-FA11, by First Horizon Home Loans, a Division of First Tennessee vs. James Quee Suk Chung, et al. |
| ATTYS FOR PLA: | Gary Okuda |
| ATTYS FOR DEFT: | Jennifer McTigue, Pro Se |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 4/10/2013 | TIME: | 9:00-9:02am |

COURT ACTION:  EP: Final Pretrial Conference.  Pro Se Defendant Jennifer McTigue present.  Mr. Okuda informed the Court that the Stipulation to Remand was lodged yesterday with the Court.  Parties signed another copy of the Stipulation in Court which will be forwarded to Judge Seabright.

Submitted by: Shari Afuso, Courtroom Manager