ORIGINAL

LEU OKUDA & DOI
Attorneys at Law

GARY Y. OKUDA 3013
ANYA M. PEREZ 9484
The Merchant House
222 Merchant Street, Main Floor
Honolulu, Hawaii  96813
Telephone:  (808) 538-1921

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 10 2013
at 3 o'clock and 10 min P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHAMS 2005-FA11, BY FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, MASTER SERVICER, IN ITS CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES QUEE SUK CHUNG; MARIA MAGDALENA AGOSTO; FIRST HORIZON HOME LOAN | CASE NO. CV12-00180 JMS KSC<br><br>STIPULATION TO REMAND CASE TO FIRST CIRCUIT COURT, STATE OF HAWAII; ORDER |

```
CORPORATION, A KANSAS            )
CORPORATION; JENNIFER            )
MCTIGUE; GENTRY-WAIPIO           )
COMMUNITY AREA                   )
ASSOCIATION; ASSOCIATION         )
OF APARTMENT OWNERS OF           )
RAINBOW SERIES-KUOLA             )
PHASE III; JOHN and MARY         )
DOES 1-20; DOE                   )
PARTNERSHIPS,                    )
CORPORATIONS OR OTHER            )
ENTITIES 1-20,                   )
                                 )
         Defendants.             )
                                 )
```

## STIPULATION TO REMAND CASE TO FIRST CIRCUIT COURT, STATE OF HAWAII

IT IS HEREBY STIPULATED between Plaintiff and Defendant JENNIFER MCTIGUE that this case is hereby remanded back to the First Circuit Court of the State of Hawaii.

DATED: Honolulu, Hawaii, APR 0 9 2013.

GARY Y. OKUDA
ANYA M. PEREZ
Attorneys for Plaintiff

2

DATED:   Honolulu, Hawaii, *April 9, 2013*.

*by* /s/ Jennifer McTigue *all rights reserved*
JENNIFER MCTIGUE
Defendant

APPROVED AND SO ORDERED:

/s/ Judge
JUDGE OF THE ABOVE-ENTITLED COURT

---

Re: The Bank of New York Mellon, etc. v. James Quee Suk Chung, et al.; CV12-00180 JMS KSC; Stipulation to Remand Case to First Circuit Court, State of Hawaii.